### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 12-cv-00371-CMA-CBS

JUDY HERRERA,

    Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC, a Delaware limited liability company,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 7), it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own costs.

DATED:  March __08__, 2012

                              BY THE COURT:

                              *[signature]*

                              CHRISTINE M. ARGUELLO
                              United States District Court Judge